

**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

May 10, 2017

**BY ECF**

The Honorable Ramon E. Reyes
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Eric Weiss v. City of New York, et al.,* 16 CV 776 (LDH) (RER)

Dear Magistrate Judge Reyes:

    I represent the plaintiff in the above-referenced civil rights action. Per the Court's Order directing the parties to file a status report issued after the settlement conference on April 18, 2017, we write to report that the parties feel that a continued settlement conference would be helpful, and request that a conference be scheduled at the Court's convenience. In this regard, defendants have provided the undersigned with unredacted disciplinary histories, and the parties thus have sufficient information to move forward. In the event the case cannot be successfully resolved, the parties would request that dates for further proceedings be set at the conference.

    Thank you for your consideration.

                                                            Respectfully submitted,

                                                             s/ Brett Klein

                                                              Brett H. Klein

cc by ECF:    Paul Johnson, Esq.